IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                          )
                                                )   OMNIBUS
AUGUST 2010 SENTENCINGS BEFORE                  )   ORDER
CHIEF JUDGE LOUISE W. FLANAGAN                  )
                                                )

This matter comes before the court upon review of the undersigned's criminal calendar for the criminal session beginning July 29, 2010, and ending August 16, 2010. The deadlines set in the faceplate of the calendar are amended as provided herein:

1. Any motion seeking continuance of sentencing hearing must be filed not later than **August 5, 2010.**

2. Any character letters shall be transmitted to chambers in unified format to the extent practicable, under cover of counsel's letterhead on or before **August 5, 2010.**

3. Absent extenuating circumstances, any motion, including one for downward departure, and/or sentencing memorandum also shall be filed on or before **August 5, 2010.**

All other provisions set forth in the faceplate of the calendar, including those deadlines governing arraignments, remain in full force and effect.

SO ORDERED, this the 9th day of July, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge